BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
HENRY Z. CARBAJAL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-00422-AWI-BAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO SET CHANGE OF PLEA HEARING AND ORDER |
| v. | ) | |
| MARK EDWARD POWELL, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a Change of Plea hearing be scheduled for Monday, December 10, 2012, at 10:00 a.m. A Memorandum of Plea Agreement was filed on December 3, 2012.

////
////
////
////
////

Stipulation Scheduling Change of Plea Hearing; Proposed Order

IT IS SO STIPULATED.

Dated: December 6, 2012                BENJAMIN B. WAGNER
                                       United States Attorney

                                  By:  /s/ Stanley A. Boone
                                       STANLEY A. BOONE
                                       Assistant U.S. Attorney

Dated: December 6, 2012                /s/ David L. Balakian
                                       DAVID L. BALAKIAN
                                       Attorney for Defendant
                                       MARK EDWARD POWELL

**O R D E R**

**IT IS HEREBY ORDERED** that the Change of Plea hearing be scheduled for December 10, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated:     December 6, 2012
                                       UNITED STATES DISTRICT JUDGE