BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
HENRY Z. CARBAJAL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  12-cr-00422 AWI |
| Plaintiff, ) | |
| v.                       ) | ORDER RE FINANCIAL DISCLOSURES |
| MARK EDWARD POWELL,       ) | |
| Defendant.     ) | |

The Defendant herein, Mark Edward Powell, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information" and provide to the United States Attorney's Office, Attention FLU, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no later than January 14, 2013.

IT IS SO ORDERED.

Dated:     December 11, 2012
                                        UNITED STATES DISTRICT JUDGE